UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re DEPOSITIONS OF ROBERT MANLOWE and NICOLE MACKENZIE | Cause No. MC21-0074RSL |
| ------------------------------------------------------- | |
| PARKER HANNIFIN CORPORATION, | ORDER |
| Plaintiff, | |
| v. | |
| STANDARD MOTOR PRODUCTS, INC., | |
| Defendant. | |

On July 7, 2021, Standard Motor Products, Inc., filed a motion to compel attendance at deposition by third-parties Robert Manlowe and Nicole MacKenzie. The witnesses filed a motion to quash: all requests for relief have now been opposed. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 20th day of July, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1